IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,           No.2:06-cv-2507-MCE-KJM-PS

     Plaintiff,

  v.                              <u>ORDER</u>

UNITED STATES GOVERNMENT,

     Defendant.

_____/

    Plaintiff, proceeding pro se, filed the above-entitled actions. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On December 1, 2006, the magistrate judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within ten (10) days. Plaintiff has not filed objections to the Findings and Recommendations.

///

1

1   The Court has reviewed the file and finds the Findings and
2 Recommendations to be supported by the record and by the
3 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 that:
5   1.  The Findings and Recommendations filed December 1, 2006,
6 are adopted in full; and
7   2.  This matter is dismissed for lack of subject matter
8 jurisdiction.

Dated: January 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE